SETH E. PIERCE (SBN 186576)
sep@msk.com
BRIAN M. RAGEN (SBN 275045)
byr@msk.com
COREY G. SINGER (SBN 300304)
cgs@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants
PARAMOUNT GLOBAL (F/K/A VIACOMCBS INC.) and
CBS STUDIOS INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA DEROSA, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIACOMCBS INC.; CBS TELEVISION STUDIOS, A DIVISION OF CBS STUDIOS, INC.; SESSIONS PAYROLL MANAGEMENT, INC.; FIRSTHAND PRODUCTIONS, INC.; EAST END PRODUCTIONS, INC.; SNAPSHOT PRODUCTIONS, INC.; GAIL LEVINE; GREGG LEVINE; BOARD OF TRUSTEES OF THE AFTRA RETIREMENT FUND; BOARD OF TRUSTEES OF THE SAG PRODUCERS PENSION PLAN; BOARD OF TRUSTEES OF THE SAG-AFTRA HEALTH PLAN; and DOES 1-50,<br><br>Defendants. | Case No. 2:20-cv-02965-MCS (GJSx)<br><br>Honorable Mark C. Scarsi<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE RE: CLASS ACTION NOTICE PLAN**<br><br>File Date:   March 30, 2020<br>Trial Date:   August 15, 2023 |

Mitchell Silberberg & Knupp LLP

**TO THE DISTRICT COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This Stipulation is entered into by and among Plaintiff Sara DeRosa ("Plaintiff" or "DeRosa"); Defendants Paramount Global (f/k/a ViacomCBS Inc.) and CBS Studios Inc. (collectively, the "Paramount Defendants"); and Defendants Sessions Payroll Management, Inc., Gail Levine and Gregg Levine (collectively, the "Sessions Defendants"), and is based upon the following facts:

1. On November 17, 2022, the Court *sua sponte* issued an order setting a Status Conference re: Class Action Notice Plan (the "Status Conference") for November 28, 2022, at 9:00 a.m.

2. The Court's Initial Standing Order ("Standing Order") provides that, "Lead trial counsel shall attend any scheduling, pretrial, or settlement conference set by the Court." *See* Standing Order, ¶ 2.

3. Lead trial counsel for the Paramount Defendants, Seth Pierce, will be in New York on Monday, November 28, 2022, and Monday, December 5, 2022, participating in depositions in an unrelated matter. *See* Declaration of Seth E. Pierce ("Pierce Decl."), ¶ 2.

4. The Parties have met and conferred and agreed, subject to the Court's approval, to continue the Status Conference from November 28, 2022 to Monday, December 12, 2022. *Id.* at ¶ 3.

THEREFORE, Plaintiff, the Paramount Defendants, and the Sessions Defendants jointly stipulate, subject to the Court's approval, that the Status Conference shall be continued from November 28, 2022 at 9:00 a.m. to **December 12, 2022, at 9:00 a.m.** (or such other date as the Court deems proper).

**SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: November 21, 2022 | BOUCHER LLP |
| 2 | | |
| 3 | | By: */s/Maria Weitz* |
| 4 | | Maria Weitz |
| 5 | | Attorneys for Plaintiff Sara DeRosa and Putative Class |
| 6 | | |
| 7 | DATED: November 21, 2022 | MITCHELL SILBERBERG & KNUPP LLP |
| 8 | | |
| 9 | | By: */s/Seth E. Pierce* |
| 10 | | Seth E. Pierce |
| 11 | | Attorneys for Defendants Paramount Global (f/k/a ViacomCBS Inc.) and CBS Studios Inc. |
| 12 | | |
| 13 | DATED: November 21, 2022 | LITTLER MENDELSON P.C. |
| 14 | | |
| 15 | | By: */s/D. Chad Anderton* |
| 16 | | D. Chad Anderton |
| 17 | | Attorneys for Defendants Sessions Payroll Management, Inc., Gail Levine and Gregg Levine |

Mitchell Silberberg & Knupp LLP

**ATTESTATION REGARDING SIGNATURES**

I, Seth E. Pierce, am the registered CM/ECF User whose ID and password are being used to file this document. Pursuant to Central District of California Local Rule 5-4.3.4(A)(2)(ii), I hereby attest and certify that all other signatories listed on this document, on whose behalf this filing is submitted to the Court, concur in the filing's content and authorized the filing.

DATED: November 21, 2022          MITCHELL SILBERBERG & KNUPP LLP


By: */s/Seth E. Pierce*
    Seth E. Pierce
    Attorneys for Defendants Paramount
    Global f/k/a ViacomCBS Inc. and
    CBS Studios Inc.