UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SARA DEROSA, Individually, and On Behalf of others similarly situated, <br><br> Plaintiff-Respondent, <br><br> v. <br><br> PARAMOUNT GLOBAL, FKA ViacomCBS Inc.; et al., <br><br> Defendants-Petitioners, <br><br> DOES 1 - 50, <br><br> Defendant-Petitioner, <br><br> and <br><br> FIRSTHAND PRODUCTIONS, INC.; et al., <br><br> Defendants. | No. 22-80121 <br><br> D.C. No. 2:20-cv-02965-MCS-GJS Central District of California, Los Angeles <br><br> ORDER |

Before: CLIFTON and SANCHEZ, Circuit Judges.

Petitioners' motion for leave to file a reply in support of the permission to appeal (Docket Entry No. 5) is granted. The reply has been filed.

The court, in its discretion, denies the petition for permission to appeal the district court's October 11, 2022 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

Petitioners filed a notice of intent to unseal its petition. No opposition to the

AB/MOATT

notice was filed. The clerk will file the petition (Docket Entry No. 1-4) publicly.

*See* 9th Cir. R. 27-13(f).